UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Strategic Pork Solutions, LLC | CASE NO. 24-31355 |
| Debtor(s). | CHAPTER 11 |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Mary F. Sieling**
**150 South Fifth Street, Suite 3125**
**Minneapolis, MN   55402**
mary@mantylaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:  May 24, 2024          Mary R. Jensen
                             Acting United States Trustee
                             Region 12

                             By: */s/ Robert B. Raschke*
                                 Assistant United States Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  Strategic Pork Solutions, LLC.                             CASE NO.  24-31355

Debtor.                                                                                     CHAPTER 11

### VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a hourly rate of $330.00 and paralegal time will be billed at $200.00 an hour, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: May 24, 2024

/s/ Mary F. Sieling
Mary F. Sieling (#389983)
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
Phone: (612) 465-0901
Email: mary@mantylaw.com

1