**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | |
| STRATEGIC PORK SOLUTIONS LLC | Case No. 24-31355<br>Chapter 11 |
| Debtor(s). | |

**Application to Employ** Fluegel Anderson McLaughlin & Brutlag **as Counsel for Debtor-in-Possession**

STRATEGIC PORK SOLUTIONS LLC, debtor-in-possession in this chapter 11 case (Debtor), respectfully applies to the Court for authorization under section 327(a) of title 11 of the United States Code (Bankruptcy Code) and Federal Rule of Bankruptcy Procedure (Bankruptcy Rules) 2014(a) to employ Fluegel Anderson McLaughlin & Brutlag as Debtor's bankruptcy counsel in this chapter 11 case. In support of this application, Debtor respectfully represents to this Honorable Court as follows:

1. On May 23, 2024, Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. Debtor continues to operate its business and manage its assets as a debtor-in-possession under Bankruptcy Code sections 1107 and 1108.

3. Debtor is a Minnesota limited liability company whose principal place of business is in Wells, Minnesota.

4. Debtor proposes to retain and employ Fluegel Anderson McLaughlin & Brutlag to render the following legal services in this chapter 11 case:

   a) Assist and advise Debtor relative to the administration of this proceeding;

   b) Advise Debtor with respect to its powers and duties as debtor-in-possession in the continued management and operation of its business and property;

   c) Represent the Debtor before the Bankruptcy Court and advise the Debtor on pending litigation, hearings, motions, and decisions of the Bankruptcy Court;

   d) Review and advise the Debtor regarding applications, orders, and motions filed with the Bankruptcy Court by third parties in this proceeding;

   e) Attend meetings conducted pursuant to section 341(a) of the Bankruptcy Code and represent Debtor at all examinations;

   f) Communicate with creditors and other parties in interest;

   g) Assist Debtor in preparing all motions, applications, answers, orders, reports, and papers necessary to the administration of the estate;

   h) Confer with other professionals retained by Debtor and other parties in interest;

   i) Negotiate and prepare Debtor's chapter 11 plan, related disclosure statement, and all related agreements and documents and take any necessary actions on Debtor's behalf to obtain confirmation of the plan; and

   j) Perform all other necessary legal services and provide all other necessary legal advice to Debtor in connection with this chapter 11 case.

5. Fluegel Anderson McLaughlin & Brutlag has stated its willingness to act as Debtor's bankruptcy counsel in this chapter 11 case and to render the services described above.

6. Debtor believes that Fluegel Anderson McLaughlin & Brutlag is well-qualified to represent Debtor effectively, having ample experience in bankruptcy and insolvency matters. Fluegel Anderson McLaughlin & Brutlag's attorneys have considerable experience in matters of this nature and are capable of rendering the services required. As such, the employment of Fluegel Anderson McLaughlin & Brutlag is in the best interests of Debtor, the creditors, and the estate.

7. As set forth in the affidavit of David C. McLaughlin attached to this application as Exhibit A, Fluegel Anderson McLaughlin & Brutlag does not hold or represent an interest adverse to Debtor's estate with respect to the matters for which Fluegel Anderson McLaughlin & Brutlag is to be employed and is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code and modified by section 1107(b). Fluegel Anderson McLaughlin & Brutlag will not represent any other party in interest in connection with this case while retained by Debtor.

8. No member or associate of the Fluegel Anderson McLaughlin & Brutlag has any connection with Debtor, (other than as Debtor's attorneys), Debtor's affiliates, partners, creditors, stockholders, any other party in interest, the United States trustee, or any person employed in the office of the United States trustee.

9. Fluegel Anderson McLaughlin & Brutlag will charge fees and expenses incurred in representing Debtor in these proceedings based on rates routinely charged by the attorneys and paralegals of Fluegel Anderson McLaughlin & Brutlag in comparable matters. Currently, the hourly rates for Fluegel Anderson McLaughlin & Brutlag attorneys and paralegals $295.00 for attorneys, and $100.00 for paralegals. The current hourly rate for David C. McLaughlin is $295.00. Fluegel Anderson McLaughlin & Brutlag's rates are subject to periodic review and change, usually on an annual basis. Fluegel Anderson McLaughlin & Brutlag will seek compensation for services rendered and expenses incurred upon appropriate application to the court pursuant to sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rules.

**WHEREFORE,** Debtor respectfully requests that the Court enter an order, effective *nunc pro tunc* to the filing date of the Debtor's chapter 11 petition, authorizing Debtor to retain and employ the law firm of Fluegel Anderson McLaughlin & Brutlag as counsel to assist in the performance of Debtor's functions and otherwise with respect to this case pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), and for such other relief as the Court deems just and proper.

Date: May 29, 2024

Respectfully submitted,

_____
Debtor

By: _____
David C. McLaughlin
Fluegel Anderson McLaughlin & Brutlag
129 2nd Street NW
Ortonville, MN 56278
320-839-2549
dmclaughlin@fluegellaw.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

                                                                                             Bankruptcy No. 24-31355

Strategic Pork Solutions LLC,

        Debtor.

### AFFIDAVIT OF PROPOSED ATTORNEY

| STATE OF MINNESOTA | ) |
|---|---|
|  | )ss |
| COUNTY OF BIG STONE | ) |

I, David C. McLaughlin, hereby sworn on oath, states as follows:

1.      That the affiant is duly admitted to practice in the State of Minnesota and the United States District Court for the District of Minnesota.

2.      That affiant's offices are at 129 2nd Street Northwest, Ortonville, Minnesota 56278.

3.      That neither this affiant nor his law firm have an interest or connection with the Debtor, any creditors or any other party in interest herein or their respective attorneys or accountants, the U.S. Trustee or any person employed in the office of United States Trustee.

4.      That neither this affiant nor his firm has any interest adverse to the Debtor or this estate in the matters which he is to be engaged.

5.      That from the information and belief which this affiant has in his possession, neither this affiant nor his firm have any conflict which could disqualify said attorney or his firm from proper representation of this estate in these proceedings.

6.      That the firm fees are $295.00 per billable hour for work performed.



_____
David C. McLaughlin

Subscribed and sworn to before me
this 29 day of May, 2024.

_____
Notary Public
(NOTARIAL SEAL AFFIXED)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                                                      BKY #24-31355
                                                                                              Chapter 11
Strategic Pork Solutions LLC,

      Debtor.

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

      The undersigned, being an employee of Fluegel, Anderson, McLaughlin & Brutlag, Chartered declares that on the date indicated below, I served true and correct copies of the following:

- APPLICATION TO EMPLOY PROFESSIONAL
- AFFIDAVIT OF PROPOSED ATTORNEY
- PROPOSED ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

upon the entities named below by first class mail postage prepaid and by first class mail postage prepaid to a domestic or foreign corporation or upon a partnership or other unincorporated association to the attention of a managing agent, or by certified mail prepaid to an insured depository institution addressed to an officer of the institution and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

| | |
|---|---|
| Internal Revenue Service | Internal Revenue Service |
| Wells Fargo Place | Centralized Insolvency Operations Unit |
| 30 E 7th St | PO Box 7346 |
| Mail Stop 5700 | Philadelphia, PA 19101 |
| St. Paul, MN 55101 | |

AND ALL CREDITORS ON ATTACHED MATRIX.

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: May 30, 2024                                                                             /e/ Chelsie A. Gere

```
Label Matrix for local noticing          Strategic Pork Solutions, LLC          St Paul
0864-3                                    126 South Broadway                     200 Warren E. Burger Federal Building
Case 24-31355                             Wells, MN 56097-1628                   and U.S. Courthouse
District of Minnesota                                                            316 N Robert St
St Paul                                                                          St Paul, MN 55101-1495
Wed May 29 14:00:36 CDT 2024

ACP, LLC                                  Advanced Livestock                     Agrisompo of North America
1750 W 23rd Street                        PO Box 294                             7101 82nd Street
Fremont NE 68025-6607                     Fulda MN 56131-0294                    Lubbock TX 79424-4703


Agvet Supply, PLLC                        Blue Cross Blue Shield                 Brooke S. Jacobs
203 Commerce Drive                        PO Box 860448                          6701 Westown Parkway, Suite 10
Webster City IA 50595-2304                Minneapolis MN 55486-0448              Brick Gentry, P.C.
                                                                                 West Des Moines IA 50266-7703


Central Farm Service                      Christina Hargis                       County Line Pork, LLC
233 W. Ciro Street                        126 S. Broadway                        1350 W Prairie Drive
Truman MN 56088-2018                      Wells MN 56097-1628                    Sycamore IL 60178-3166


Doug Becker                               Foley & Mansfield                      Hawkins Inc
SPS Grower                                250 Marquette Ave                      PO Box 860263
150th Street                              Ste 1200                               Minneapolis MN 55486-0263
Easton MN 56025                           Minneapolis MN 55401-1874


Innovative Agricultural Soluti            Joe Druffel                            KH Trucking
1416 Panoramic Court                      12742 590th Avenue                     744 12th Avenue NE
Ames IA 50010-4188                        Wells MN 56097-4715                    Hampton IA 50441-1120


Lager's of Mankato                        Larry Mohrinkel                        Maschka, Reidy, Ries & Andrews
307 Raintree Road                         42631 750th Ave.                       151 St. Andrews Court
Mankato MN 56001-4817                     Saint James MN 56081-4559              Building 1010
                                                                                 Mankato MN 56001-8818


Minnesota Enery Resources                 Pig Express Inc.                       Pro-Cooperative
PO Box 6040                               40 52nd Way Northeast                  PO Box 189
Carol Stream IL 60197-6040                Fridley MN 55421-1014                  Pocahontas IA 50574-0189


Security Bank Minnesota                   Small Business Administration          Steven Hargis
437 Bridge Ave.                           409 3rd St., SW                        126 S. Broadway
Albert Lea MN 56007-2954                  Washington DC 20416-0002               Wells MN 56097-1628


US Trustee                                Verterinary Pharmaceutic               Warren Johnson
1015 US Courthouse                        2008 North Sunrise Drive               125th St.
300 S 4th St                              Saint Peter MN 56082-5384              Wells MN 56097
Minneapolis, MN 55415-3070
```

| | | |
|---|---|---|
| David C. McLaughlin | Mary Sieling | End of Label Matrix |
| Fluegel Anderson McLaughlin & Brutlag | 150 South Fifth Street | Mailable recipients  31 |
| 129 2nd St NW | Suite 3125 | Bypassed recipients   0 |
| Ortonville, MN 56278-1408 | Minneapolis, MN 55402-4221 | Total                31 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

IN RE:

Bankruptcy No. 24-31355

Strategic Pork Solutions LLC,

Debtor.

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY**

Upon application of the Debtor in possession herein to employ David C. McLaughlin;

The Court finding said attorney is qualified to act in such capacity, and that upon the representation of the attorney, there is no interest adverse to the Debtor in possession or to the estate;

<u>IT IS ORDERED</u>

1.  That the Debtor in possession is authorized to employ David C. McLaughlin and his firm as its attorney in these proceedings.

2.  That the attorney shall be employed under a general retainer with the compensation to the attorney to be fixed by the Court pursuant to Statute.

Dated _____

_____
United States Bankruptcy Judge