## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In RE:

Strategic Pork Solutions LLC,

      Debtor.

BKY Case No.: 24-31355

---

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

---

      PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and section 1109(b) of title 11 of the United States Code (the "*Bankruptcy Code*"), James A. Lodoen of the law firm of Spencer Fane LLP appears as counsel to creditor Security Bank Minnesota in the above-captioned adversary case (the "*Case*").

      PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001 and 9010 and section 342 and 1109(b) of the Bankruptcy Code, counsel hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Case be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in this Case:

James A. Lodoen, Esq.
Spencer Fane LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 268-7000
jlodoen@spencerfane.com

      PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise with regard to the above case.

Dated: June 5, 2024            **SPENCER FANE LLP**

By: s/ *James A. Lodoen*
James A. Lodoen (#173605)
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 268-7000
jlodoen@spencerfane.com

*Counsel for Security Bank Minnesota*

**CERTIFICATE OF SERVICE**

    I, James A. Lodoen, hereby certify that on June 5, 2024, I caused a copy of the foregoing *Notice of Appearance and Request for Service of Notices and Documents* to be filed and served electronically to the parties registered to receive ECF notification from the Court.

                                                    */s/ James A. Lodoen*