UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Strategic Pork Solutions, LLC, | Case No. 24-31355 |
| Debtor. | |

------------------------------------
NOTICE OF APPEARANCE
------------------------------------

Pursuant to Fed. R. Bankr. P. 9010(b) and 2002(g), the undersigned hereby notes her appearance as attorney for the United States Small Business Administration and requests all parties in interest to serve copies of notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the address set forth below. This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure (as incorporated by the Federal Rules of Bankruptcy Procedure).

Dated: June 6, 2024

ANDREW M. LUGER
United States Attorney

s/ *Adine S. Momoh*

BY:  ADINE S. MOMOH
Assistant United States Attorney
Attorney Reg. No. 0390085
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN  55415
Adine.Momoh@usdoj.gov
(612) 664-5600

Attorneys for the United States
     Small Business Administration

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

In re:                                                                                  Chapter 11

Strategic Pork Solutions, LLC,                                     Case No. 24-31355

            Debtor.


**UNSWORN CERTIFICATE OF SERVICE**

I, Barbara Wilson, employed by the Office of the United States Attorney, with office address 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, declare that on June 6, 2024 I caused to be served a copy of the following documents:

**Notice of Appearance and Unsworn Certificate of Service**

mailed by first class mail, postage paid, to the following non-ECF participants by enclosing same in an envelope with first class mail postage and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

Strategic Pork Solutions, LLC
126 S. Broadway
Wells, MN 56097

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: June 6, 2024                            Signed: *s/ Barbara Wilson*
                                                                    BARBARA WILSON
                                                                    Contractor Paralegal Specialist