UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

Bankruptcy No. 24-31355

Strategic Pork Solutions LLC,

Debtor.

**ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY**

Upon application of the Debtor in possession herein to employ David C. McLaughlin;

The Court finding said attorney is qualified to act in such capacity, and that upon the representation of the attorney, there is no interest adverse to the Debtor in possession or to the estate;

<u>IT IS ORDERED</u>

1. That the Debtor in possession is authorized to employ David C. McLaughlin and his firm as its attorney in these proceedings.

2. That the attorney shall be employed under a general retainer with the compensation to the attorney to be fixed by the Court pursuant to Statute.

Dated *June 14, 2024*

/e/ Katherine A. Constantine
United States Bankruptcy Judge