# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE:

Strategic Pork Solutions LLC,

      Debtor.

Bankruptcy No. 24-31355

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

Upon application of the Debtor in possession herein to employ David C. McLaughlin;

The Court finding said attorney is qualified to act in such capacity, and that upon the representation of the attorney, there is no interest adverse to the Debtor in possession or to the estate;

<u>IT IS ORDERED</u>

1. That the Debtor in possession is authorized to employ David C. McLaughlin and his firm as its attorney in these proceedings.

2. That the attorney shall be employed under a general retainer with the compensation to the attorney to be fixed by the Court pursuant to Statute.

Dated   *June 14, 2024*
_____

                                                   /e/ Katherine A. Constantine
                                                    United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:     Case No. 24-31355-KAC

Strategic Pork Solutions, LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3     User: admin     Page 1 of 2

Date Rcvd: Jun 14, 2024     Form ID: pdf111     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Strategic Pork Solutions, LLC, 126 South Broadway, Wells, MN 56097-1628 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adine S. Momoh | on behalf of Interested Party United States Small Business Administration adine.momoh@usdoj.gov usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov;darcie.boschee@usdoj.gov |
| David C. McLaughlin | on behalf of Debtor 1 Strategic Pork Solutions  LLC dmclaughlin@fluegellaw.com, lberkner@fluegellaw.com |
| James A. Lodoen | on behalf of Interested Party SECURITY BANK MINNESOTA jlodoen@spencerfane.com  ldeming@spencerfane.com |
| Mary Sieling | mary@mantylaw.com  erica@mantylaw.com;MN27@ecfcbis.com |
| Michael R Fadlovich | on behalf of U.S. Trustee US Trustee michael.fadlovich@usdoj.gov |
| Phillip J. Ashfield | on behalf of Interested Party SECURITY BANK MINNESOTA pashfield@spencerfane.com  rlevans@spencerfane.com |

District/off: 0864-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 14, 2024 | Form ID: pdf111 | Total Noticed: 1

US Trustee
                ustpregion12.mn.ecf@usdoj.gov

TOTAL: 7