# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>STRATEGIC PORK SOLUTIONS, LLC | CASE NO: 24-31355<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 6/26/2024, I did cause a copy of the following documents, described below,

Motion of Subchapter V Trustee for Post-Petition Security Deposit

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2024

/s/ Mary F. Sieling
Mary F. Sieling  389983
Subchapter V Trustee
Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402
612 465 0954
sarah@mantylaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>STRATEGIC PORK SOLUTIONS, LLC | CASE NO: 24-31355<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 6/26/2024, a copy of the following documents, described below,

Motion of Subchapter V Trustee for Post-Petition Security Deposit

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mary F. Sieling
Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402

USPS FIRST CLASS MAILING RECIPIENTS - PROOF OF SERVICE
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

FIRST CLASS
US ATTORNEY DISTRICT OF MINNESOTA
ATTN ANDREW M LUGER
300 S 4TH STREET SUITE 600
MINNEAPOLIS MN 55415

FIRST CLASS
MINNESOTA DEPARTMENT OF REVENUE
ATTN COLLECTION DIVISION
600 ROBERT ST N
ST PAUL MN 55101

FIRST CLASS
INTERNAL REVENUE SERVICE
ATTN CENTRALIZED INSOLVENCY OFFICE
PO BOX 7346
PHILADELPHIA PA 19101

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-31355
DISTRICT OF MINNESOTA
WED JUN 26 11-45-36 PST 2024

SECURITY BANK MINNESOTA
437 BRIDGE AVE
ALBERT LEA  MN 56007-2954

DEBTOR
STRATEGIC PORK SOLUTIONS  LLC
126 SOUTH BROADWAY
WELLS  MN 56097-1628

UNITED STATES SMALL BUSINESS
ADMINISTRATION
U S ATTORNEYS OFFICE
ATTN  ADINE S MOMOH
600 US COURTHOUSE
300 SO 4TH STREET
MINNEAPOLIS  MN 55415-1320

EXCLUDE
ST PAUL
200 WARREN E BURGER FEDERAL BUILDING
AND US COURTHOUSE
316 N ROBERT ST
ST PAUL  MN 55101-1495

ACP  LLC
1750 W 23RD STREET
FREMONT NE 68025-6607

ADVANCED LIVESTOCK
PO BOX 294
FULDA MN 56131-0294

AGRISOMPO OF NORTH AMERICA
7101 82ND STREET
LUBBOCK TX 79424-4703

AGVET SUPPLY  PLLC
203 COMMERCE DRIVE
WEBSTER CITY IA 50595-2304

BLUE CROSS BLUE SHIELD
PO BOX 860448
MINNEAPOLIS MN 55486-0448

BROOKE S JACOBS
6701 WESTOWN PARKWAY  SUITE 10
BRICK GENTRY  PC
WEST DES MOINES IA 50266-7703

CENTRAL FARM SERVICE
233 W CIRO STREET
TRUMAN MN 56088-2018

CHRISTINA HARGIS
126 S BROADWAY
WELLS MN 56097-1628

COUNTY LINE PORK  LLC
1350 W PRAIRIE DRIVE
SYCAMORE IL 60178-3166

DOUG BECKER
SPS GROWER
150TH STREET
EASTON MN 56025

FOLEY  MANSFIELD
250 MARQUETTE AVE
STE 1200
MINNEAPOLIS MN 55401-1874

HAWKINS INC
PO BOX 860263
MINNEAPOLIS MN 55486-0263

INNOVATIVE AGRICULTURAL SOLUTI
1416 PANORAMIC COURT
AMES IA 50010-4188

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JOE DRUFFEL
12742 590TH AVENUE
WELLS MN 56097-4715

JOHN DEERE FINANCIAL  FSB
CO WELTMAN  WEINBERG  REIS CO  LPA
965 KEYNOTE CIRCLE
CLEVELAND  OH 44131-1829

KH TRUCKING
744 12TH AVENUE NE
HAMPTON IA 50441-1120

LAGERS OF MANKATO
307 RAINTREE ROAD
MANKATO MN 56001-4817

LARRY MOHRINKEL
42631 750TH AVE
SAINT JAMES MN 56081-4559

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE are not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MINNESOTA ENERGY RESOURCES<br>PO BOX 19003<br>GREEN BAY  WI 54307-9003 | MASCHKA  REIDY  RIES  ANDREWS<br>151 ST ANDREWS COURT<br>BUILDING 1010<br>MANKATO MN 56001-8818 | MINNESOTA ENERY RESOURCES<br>PO BOX 6040<br>CAROL STREAM IL 60197-6040 |
| PIG EXPRESS INC<br>40 52ND WAY NORTHEAST<br>FRIDLEY MN 55421-1014 | PLUNKETTS PEST CONTROL INC<br>40 NE 52ND WAY<br>FRIDLEY MN 55421-1014 | PROCOOPERATIVE<br>PO BOX 189<br>POCAHONTAS IA 50574-0189 |
| ~~EXCLUDE~~<br>~~(D)SECURITY BANK MINNESOTA~~<br>~~437 BRIDGE AVE~~<br>~~ALBERT LEA MN 56007-2954~~ | SMALL BUSINESS ADMINISTRATION<br>409 3RD ST  SW<br>WASHINGTON DC 20416-0002 | STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>MINNESOTA REVENUE<br>PO BOX 64447 - BKY<br>ST PAUL  MN 55164-0447 |
| STEVEN HARGIS<br>126 S BROADWAY<br>WELLS MN 56097-1628 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS  MN 55415-3070~~ | VERTERINARY PHARMACEUTIC<br>2008 NORTH SUNRISE DRIVE<br>SAINT PETER MN 56082-5384 |
| WARREN JOHNSON<br>125TH ST<br>WELLS MN 56097 | DAVID C MCLAUGHLIN<br>FLUEGEL ANDERSON MCLAUGHLIN  BRUTLAG<br>129 2ND ST NW<br>ORTONVILLE  MN 56278-1408 | ~~EXCLUDE~~<br>~~MARY SIELING~~<br>~~150 SOUTH FIFTH STREET~~<br>~~SUITE 3125~~<br>~~MINNEAPOLIS  MN 55402-4221~~ |