**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Strategic Pork Solutions, LLC,

      Debtor.

Case No. 24-31355
Chapter 11 Case, Subchapter V

**ORDER**

This matter came before the court on the motion of Mary F. Sieling, Subchapter V trustee, for a security deposit.

**IT IS ORDERED**:

1. The debtor shall pay the trustee, Mary F. Sieling, a security deposit of $3,000 within seven (7) days of this order.

2. The trustee shall deposit the security deposit into a designated bank account, and the funds shall remain in the account until such time as this court awards compensation of fees and reimbursable costs to the trustee. The trustee may use the security deposit to pay any such awarded compensation or costs, with any excess funds from the security deposit being returned to the debtor.

Dated: _____

Katherine A. Constantine
Chief United States Bankruptcy Judge