**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  Strategic Pork Solutions, LLC. | CASE NO.  24-31355 |
| Debtor. | CHAPTER 11<br>Subchapter V |

**SUBCHAPTER V TRUSTEE'S RESPONSE TO MOTION FOR AUTHORITY TO SELL LAND IN FARIBAULT COUNTY**

Mary Sieling, the subchapter V trustee, submits this response to the debtor's motion filed at ECF No. 9 for authority to sell land in Faribault County.

Pursuant to Local Rule 9013-2 (b)(2), notice of the motion must be given to the Internal Revenue Service, the Collection Division of the Minnesota Department of Revenue, and the United States Attorney for the District of Minnesota.  According to the Unsworn Declaration for Proof of Service attached to the motion, the Minnesota Department of Revenue and the United States Attorney for the District of Minnesota were not served.

Upon information and belief, the debtor's attorney has attempted to contact the offices of the U.S. Attorney and Minnesota Department of Revenue in an attempt to give late notice and discern if either has an objection to the sale, but he has not yet received a response.

Aside from the potential issue with service or notice of the motion, the subchapter v trustee does not have an objection to the sale as set forth in the motion.

Dated: July 10, 2024

*s/ Mary F. Sieling*
Mary F. Sieling (#389893)
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
Phone: (612) 465-0901
Email: mary@mantylaw.com

1