**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

IN RE:

Bankruptcy No. 24-31355

Strategic Pork Solutions LLC,

Debtor.

**DEBTOR'S PRE-STATUS CONFERENCE REPORT PURSUANT TO 11 USC 1188(c).**

The above-captioned debtor and debtor-in-possession (the "Debtor") filed this case on February 23, 2024 under Subchapter V of Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). The Debtor files this report pursuant to § 1188(c) of the Bankruptcy Code and the Notice of Subchapter V Status Conference entered by this Court which is scheduled for scheduled for Wednesday, July 17, 2024 at 10:00 a.m. in the Diana E. Murphy US Courthouse, Courtroom 8 West, 300 S 4th St, Minneapolis, MN 55415 as ordered by the Court.

1. Type of Plan. The Debtor intends to pursue the following type of plan in this case:

X     Consensual [§1191(a)]
___   Nonconsensual [§1191(b)]
___   Undetermined

2. Efforts to Formulate a Subchapter V Plan.

The Debtor plans to pursue a liquidation of corporate assets for application of claims.

3. Communications with Parties of Interest. The Debtor has had discussions with the following parties in interest concerning the Debtor's proposed plan:

   X   Secured Creditors
   X   Priority Claimants
   X   Certain Unsecured Creditors
   X   Equity Interest Holders (Patron and Non-Patron Members, holders of Preferred Shares)
   X   The Subchapter V Trustee
   X   Others; The US Trustee, holders of executory contracts, parties in state court suit stayed by the filing.

3

4. Nature of Communications with Parties in Interest.

- Sell major assets of the Debtor.
- Attended Initial Debtor Interview with US Trustee.
- Notified many unsecured creditors who were making demands for payment in violation of Section 362.

5. Timing for Filing Plan of Reorganization. Does the Debtor intend to file a plan within the 90-day deadline imposed by § 1189(b) of the Bankruptcy Code?

X   Yes
___ No

6. Anticipated Issues.

Sale of assets, including accounts receivable of questionable value may be problematic. Judgment creditor has a preference transfer, which must be avoided.

The times of the sale of the remaining hog facilities and the buildings in Wells, Minnesota hog facility. It is believed the liquidation of the corporate assets in this fashion is preferable to a chapter 7 bankruptcy as more funds will be generated.

Dated this 15th day of July, 2024.

Respectfully submitted,

FLUEGEL, ANDERSON, MCLAUGHLIN,
& BRUTLAG, CHARTERED

/e/ David C. McLaughlin
David C. McLaughlin
Attorney for Strategic Pork Solutions LLC
129 2nd St. NW
Ortonville, MN  56278
(320) 839-2549
Attorney License #127383
dmclaughlin@fluegellaw.com

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY No. 24-31355 |
| | Chapter 11 |
| Strategic Pork Solutions, LLC, | |
| Debtors. | |

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

The undersigned, being an employee of Fluegel, Anderson, McLaughlin & Brutlag, Chartered declares that on the date indicated below, I served true and correct copies of the following:

- **DEBTOR'S PRE-STATUS CONFERENCE REPORT PURSUANT TO 11 U.S.C. 1188(c)**

upon the entities by automatic e-mail notification pursuant to the Electronic Case Filing System.

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: July 15, 2024                              /e/ Lisa J. Berkner