# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:

Strategic Pork Solutions, LLC,

        Debtor.

_____

Case No. 24-31355
Chapter 11 Case, Subchapter V

## ORDER

This matter came before the court on the motion of Mary F. Sieling, Subchapter V trustee, for a security deposit.

**IT IS ORDERED**:

1. The debtor shall pay the trustee, Mary F. Sieling, a security deposit of $3,000 within ten (10) days of this order.

2. The trustee shall deposit the security deposit into a designated bank account, and the funds shall remain in the account until such time as this court awards compensation of fees and reimbursable costs to the trustee. The trustee may use the security deposit to pay any such awarded compensation or costs, with any excess funds from the security deposit being returned to the debtor.

Dated: *July 18, 2024*

/e/ Katherine A. Constantine
Katherine A. Constantine
Chief United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:  Case No. 24-31355-KAC

Strategic Pork Solutions, LLC  Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3  User: admin  Page 1 of 2
Date Rcvd: Jul 18, 2024  Form ID: pdf111  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Strategic Pork Solutions, LLC, 126 South Broadway, Wells, MN 56097-1628 |
| intp | + | SECURITY BANK MINNESOTA, 437 BRIDGE AVE, ALBERT LEA, MN 56007-2954 |
| intp | + | United States Small Business Administration, Attn: Adine S. Momoh, 600 U.S. Courthouse, 300 So. 4th Street, Minneapolis, MN 55415 UNITED STATES 55415-1320 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Adine S. Momoh
    on behalf of Interested Party United States Small Business Administration adine.momoh@usdoj.gov
    usamn.ecfbankruptcy@usdoj.gov;Caseview.ECF@usdoj.gov;barbara.wilson@usdoj.gov;darcie.boschee@usdoj.gov

David C. McLaughlin
    on behalf of Debtor 1 Strategic Pork Solutions  LLC dmclaughlin@fluegellaw.com, lberkner@fluegellaw.com

James A. Lodoen
    on behalf of Interested Party SECURITY BANK MINNESOTA jlodoen@spencerfane.com  ldeming@spencerfane.com

Mary Sieling
    mary@mantylaw.com  erica@mantylaw.com;MN27@ecfcbis.com

Michael R Fadlovich
    on behalf of U.S. Trustee US Trustee michael.fadlovich@usdoj.gov

| | | |
|---|---|---|
| District/off: 0864-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 18, 2024 | Form ID: pdf111 | Total Noticed: 3 |

Phillip J. Ashfield
    on behalf of Interested Party SECURITY BANK MINNESOTA pashfield@spencerfane.com
    rlevans@spencerfane.com;phillip-ashfield-0643@ecf.pacerpro.com

US Trustee
    ustpregion12.mn.ecf@usdoj.gov

TOTAL: 7