**Office of the United States Trustee**
**District of Minnesota**

**Case Name:**    Strategic Pork Solutions LLC
**Case Number:**    24-31355

**Summary of Cash Receipts and Disbursements**
**For the Quarter Ending**

|  | APR Month | MAY Month | Jun Month | Total for Calendar Quarter |
|---|---|---|---|---|
| Total Receipts | $ 25,322.46 | $ 4655.40 | $ 3959.86 | $ 33,937.72 |
| Total Disbursements | $ 22,674.85 | $ 7920.40 | $ 4024.86 | $ 34,-620.11 |

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

_____
Preparer's Signature

_____
Debtor or Officer of Debtor

Steve Hargis
_____
Print Name of Preparer

_____
Print Name of Signature

7/18/24
_____
Date

25

**Fill in this information to identify the case:**

Debtor Name _STRATEGIC Pork Solutions LLC_

United States Bankruptcy Court for the: _____ District of _MN_

Case number: _24-31355_

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: _July 2024_                    Date report filed: _07/8 2024_
                                                          MM / DD / YYYY
Line of business: _Agriculture_       NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☒ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☒ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☒ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☒ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☒ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☒ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name _____    Case number _24- 3/3SS_

17. Have you paid any bills you owed before you filed bankruptcy?    ☐  ☒  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☒  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ ___0___

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ ___0___

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    – $ ___0___

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ ___0___

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ ___0___

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _49,232_

    *(Exhibit E)*

Debtor Name _____     Case number _24-31355_



## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**          *See Accounts Receivable Provided*          $ _450,000_

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?          0

27. What is the number of employees as of the date of this monthly report?          0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?          $ 0

30. How much have you paid this month in other professional fees?          $ 0

31. How much have you paid in total other professional fees since filing the case?          $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected** | − | *Column B*<br>**Actual** | = | *Column C*<br>**Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 0 | − | $ 0 | = | $ 0 |
| 33. **Cash disbursements** | $ 0 | − | $ 0 | = | $ 0 |
| 34. **Net cash flow** | $ 0 | − | $ 0 | = | $ 0 |

35. Total projected cash receipts for the next month:          $ 0

36. Total projected cash disbursements for the next month:          - $ 0

37. Total projected net cash flow for the next month:          = $ 0

Debtor Name _____    Case number __24-31355__

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers). *N/A Through 6-30-24*

☑ 39. Bank reconciliation reports for each account. *N/A*

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet. *No Active Transactions*

☐ 41. Budget, projection, or forecast reports. *Liquidation of All Co. Assets expected.*

☐ 42. Project, job costing, or work-in-progress reports. *N/A*

**Fill in this information to identify the case:**

Debtor Name _____STRATEGic Pork Solutions LLC_____

United States Bankruptcy Court for the: _____ District of _MN_
                                                            (State)

Case number: __24-31355__

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of $\boxed{7\text{-}15\text{-}24}$ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _____     Case number _24-31355_

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✖ _____
Signature of Authorized Individual

Steve Hargis
Printed name of Authorized Individual

Date 07 / 8 / 2024
MM / DD / YYYY

**For individual Debtors:**

✖ _____          ✖ _____
Signature of Debtor 1                                     Signature of Debtor 2

_____          _____
Printed name of Debtor 1                              Printed name of Debtor 2

Date _____                                   Date _____
MM / DD / YYYY                                          MM / DD / YYYY

Debtor Name _____     Case number _24-31355_

**Exhibit A: Financial Statements for** [Name of Controlled Non-Debtor Entity]

1. There is nothing to operate. No employees, no Customers, Shareholders Maintaining empty Sites.

2. Same As #1

3. No income, Barns have been VACANT for months.

4. No employees

5. No DIP Account yet haven't found Cooperative Bank. No funds To deposit.

6. Tax extension has been filed for 2023 Return.

9. Working with Secondary Markets on Insurance no Company will insure Abandoned Buildings.

13. When Barns were VACated Pre-Petition Insurance would only insure me privately when I Requested SPS be Added as insured they dropped us.

Debtor Name _____          Case number _24-31355_____

---

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Debtor Name _____    Case number _24-31355_

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

  (i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

  (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name _____    Case number __*24-31355*__

| | |
|---|---|
| **Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [**date**]** | |

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name _____     Case number *24-31355*

---

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

 (i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

Debtor Name _____    Case number _24-31355_

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Debtor Name _____    Case number _24-31355_____

## Exhibit C: Description of Intercompany Claims

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

## BANK ACCOUNT REPORTING FORM

Case Name _Strategic Form Solutions LLC_ Case No. _24-31355_

**(This is a master form. Signed copies of this form should be used for providing information if the debtor has more than four accounts. Copies should also be used for reporting on accounts which the debtor opens or closes after the submission of the initial form.)**

| DEPOSITORY INSTITUTION | ACCOUNT DESCRIPTION (ie. Payroll or tax acct. etc. | ACCOUNT NO. | DATE ACCOUNT OPENED |
|---|---|---|---|
| Name: Security Bank of MN | Business Acct | | Aug 2008 |
| Address: 437 Bridge Avenue Albert Lea, MN 56007 | | 472 | 2012 |
| Phone: 1481 | | | |
| Contact Person: Paul True | | | |
| Name: | | | |
| Address: | | | |
| Phone: | | | |
| Contact Person: | | | |
| Name: | | | |
| Address: | | | |
| Phone: | | | |
| Contact Person: | | | |
| Name: | | | |
| Address: | | | |
| Phone: | | | |
| Contact Person: | | | |

I/we certify that the above is a complete report of all bank accounts/investments owned by the debtor as of the date of the filing of debtor's petition or, where applicable, opened or closed by debtor after the submission of the initial form.

I/we certify that all above-listed depository institutions have been notified of the date and place of the filing of this chapter 11 petition.

In addition, I/we hereby authorize any accredited representative of the United States Trustees Office to obtain any information from the above listed financial institutions. This information may include, but is not limited to, bank statements, signature cards, canceled checks, correspondence and other documentation for all accounts listed hereon.

**THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE, COMPLETE AND ACCURATE.**

DATE: _7-18-24_

SIGNATURE(S): _____

(A copy of this form must be signed by all persons who are authorized signatories on the accounts listed above.)

**Security Bank**
**Minnesota**

4

**ALBERT LEA**
437 BRIDGE AVE. • ALBERT LEA, MN 56007
507-373-1481

**EMMONS**
201 MAIN ST. • EMMONS, MN 56029
507-297-5461

**ALDEN**
195 N. BROADWAY • ALDEN, MN 56009
507-874-3363

MEMBER
**FDIC**

STRATEGIC PORK SOLUTIONS LLC
STEVEN L HARGIS JR, Auth signer
126 S BROADWAY
WELLS MN 56097

| ACCOUNT NUMBER |
|---|
| XXXXXX1136 |

| STATEMENT DATE |
|---|
| Apr 30, 2024 |

Pg   1 of   2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

```
 Proud to serve the local community for 117 years.  We thank you, our
 valued customers for your continued business.

 PRIVACY NOTICE...Federal law requires us to tell you about how we collect,
  share and protect your personal information. Our policy has not changed,
 and you may review our policy and practices with respect to your personal
 information at www.securitybankmn.com
 ******************************************************************************
```

Commercial Chkg

| | | | |
|---|---|---|---|
| 04/01/2024 Beginning Balance | | | 595.97 |
| 3 Deposits/Other Credits | | + | 25,322.46 |
| 7 Checks/Other Debits | | − | 22,674.85 |
| 04/30/2024 Ending Balance | 30 Days in Statement Period | | 3,243.58 |

--------------------------- Deposits/Other Credits ---------------------------

| | |
|---|---|
| 04/08/2024 Deposit | 12,808.08 |
| 04/16/2024 Non Check Return | 3,764.38 |
| Ret-R01 Insufficient Funds | |
| 04/29/2024 Deposit | 8,750.00 |

------- Checks listed in numerical order;  (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| | 04/11 | 13,209.05 | 12534 | 04/08 | 150.00 |

------------------------------ Other Debits ------------------------------

| | | |
|---|---|---|
| 04/11/2024 Service Charge | REMOTE DEP SERVICE CHARGE | 45.00 |
| 04/15/2024 ACH Payment | NEUBAUER OIL CO INVOICE | 3,764.38 |
| 04/16/2024 Return Item Charge | | 30.00 |
| Item(s) Presented 04/15/2024 | | |
| 04/30/2024 Transfer Withdrawl | | 2,596.76 |
| To   Loan XXXXXX1783 per Paul | | |
| 04/30/2024 Transfer Withdrawl | | 2,879.66 |
| To   Loan XXXXXX1770 per Paul | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $   .00 | $   50.00 |
| Total Returned Item Fees | $   30.00 | $   120.00 |

-------------------------- Daily Ending Balance --------------------------

| | | | | | |
|---|---|---|---|---|---|
| 04/01 | 595.97 | 04/08 | 13,254.05 | 04/11 | 0.00 |

BEAR GRAPHICS, INC.

**Security Bank**
**Minnesota**

**ALBERT LEA**
437 BRIDGE AVE. • ALBERT LEA, MN 56007
507-373-1481

**EMMONS**
201 MAIN ST. • EMMONS, MN 56029
507-297-5461

**ALDEN**
195 N. BROADWAY • ALDEN, MN 56009
507-874-3363

MEMBER
**FDIC**

| ACCOUNT NUMBER |
| --- |
| 131136 |

| STATEMENT DATE |
| --- |
| Apr 30, 2024 |

STRATEGIC PORK SOLUTIONS LLC
STEVEN L HARGIS JR Auth signer
126 S BROADWAY
WELLS MN 56097

******** Account Analysis Report ****** **    kh  Pg   1 of   1

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

Activity  04/01/2024 Thru 04/30/2024   30 Days in Cycle

Average Ledger Balance                          1,724.77
Less: Uncollected Funds                -          703.60
Average Collected Balance                       1,021.17
Less: Reserves (  0.0000%)             -            0.00
Investable Balance                              1,021.17

Earn Credit Allowance(  0.0000%)(    1,021.17  @  0.0000%)          0.00

| Transaction Type | Vol/Units | Per | Unit Cost | Total | Inv Bal Req |
| --- | --- | --- | --- | --- | --- |
| | 2.00 | | 0.0000 | 0.00 | 0 |
| Check | 1.00 | 1 | 0.0000 | 0.00 | 0 |
| Total Costs | | | | 0.00 | |

Analysis Charge Calculated This Period                            0.00
Analysis Credit Calculated This Period                            0.00

Total Analysis Charge Debited To Account      136                 0.00

     Investable Balance Needed to Avoid Charge                    0.00

BEAR GRAPHICS, INC.

**Security Bank Minnesota**

STRATEGIC PORK SOLUTIONS LLC

**ALBERT LEA**
437 BRIDGE AVE. • ALBERT LEA, MN 56007
507-373-1481

**EMMONS**
201 MAIN ST. • EMMONS, MN 56029
507-297-5461

**ALDEN**
195 N. BROADWAY • ALDEN, MN 56009
507-874-3363

MEMBER
**FDIC**

| ACCOUNT NUMBER |
| --- |
| XXXXXX1136 |

| STATEMENT DATE |
| --- |
| Apr 30, 2024 |

Pg   2 of   2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| | | -------- Daily Ending Balance -------- | | | |
| 04/15 | 3,764.38- | 04/29 | 8,720.00 | 04/30 | 3,243.58 |
| 04/16 | 30.00- | | | | |

BEAR GRAPHICS, INC.



$12,808.08   4/8/2024



$8,750.00   4/29/2024



0   $13,209.05   4/11/2024



12534   $150.00   4/8/2024

**Security Bank Minnesota**

**ALBERT LEA**
437 BRIDGE AVE. • ALBERT LEA, MN 56007
507-373-1481

**EMMONS**
201 MAIN ST. • EMMONS, MN 56029
507-297-5461

**ALDEN**
195 N. BROADWAY • ALDEN, MN 56009
507-874-3363

MEMBER FDIC

| ACCOUNT NUMBER |
| --- |
| XXXXXX1136 |

| STATEMENT DATE |
| --- |
| May 31, 2024 |

STRATEGIC PORK SOLUTIONS LLC
STEVEN L HARGIS JR, Auth signer
126 S BROADWAY
WELLS MN 56097

2

Pg   1 of   2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Proud to serve the local community for 117 years.  We thank you, our
valued customers for your continued business.

PRIVACY NOTICE...Federal law requires us to tell you about how we collect,
share and protect your personal information. Our policy has not changed,
and you may review our policy and practices with respect to your personal
information at www.securitybankmn.com

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Commercial Chkg
05/01/2024 Beginning Balance                                     3,243.58
           4 Deposits/Other Credits           +        4,655.40
           7 Checks/Other Debits              -        7,920.40
05/31/2024 Ending Balance    31 Days in Statement Period          21.42-

---

---------------------------- Deposits/Other Credits ----------------------------
05/01/2024 Deposit                                                 340.00
05/08/2024 Check Returned                12533            275.51
 Ret-NSF Not Sufficient Funds
05/10/2024 Check Returned                12533            275.51
 Ret-NSF Not Sufficient Funds
05/16/2024 Non Check Return                             3,764.38
 Ret-R01 Insufficient Funds

------- Checks listed in numerical order;  (*) indicates gap in sequence -------

| Check | Date | Amount | Check | Date | Amount |
| --- | --- | --- | --- | --- | --- |
| 12533 | 05/07 | 275.51 | 12535* | 05/01 | 3,500.00 |
| 12533* | 05/09 | 275.51 | | | |

------------------------------ Other Debits ------------------------------
05/08/2024 Return Item Charge                                       30.00
 Item(s) Presented 05/07/2024
05/10/2024 Service Charge     REMOTE DEP SERVICE CHARGE              45.00
05/15/2024 ACH Payment        NEUBAUER OIL CO INVOICE            3,764.38
05/16/2024 Return Item Charge                                       30.00
 Item(s) Presented 05/15/2024

| | Total For This Period | Total Year-to-Date |
| --- | --- | --- |
| Total Overdraft Fees | $     .00 | $   50.00 |
| Total Returned Item Fees | $   60.00 | $  180.00 |

BEAR GRAPHICS, INC.

STRATEGIC PORK SOLUTIONS LLC

**Security Bank Minnesota**

**ALBERT LEA**
437 BRIDGE AVE. • ALBERT LEA, MN 56007
507-373-1481
•
**EMMONS**
201 MAIN ST. • EMMONS, MN 56029
507-297-5461
•
**ALDEN**
195 N. BROADWAY • ALDEN, MN 56009
507-874-3363

MEMBER
**FDIC**

**ACCOUNT NUMBER**

XXXXXX1136

**STATEMENT DATE**

May 31, 2024

Pg    2 of    2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|------|-------------|-----------|-----------|--------|---------|
| ---------------------------- Daily Ending Balance ---------------------------- | | | | | |
| 05/01 | 83.58 | 05/09 | 221.93- | 05/15 | 3,755.80- |
| 05/07 | 191.93- | 05/10 | 8.58 | 05/16 | 21.42- |
| 05/08 | 53.58 | | | | |

BEAR GRAPHICS, INC.

**Security Bank**
**Minnesota**

**ALBERT LEA**
437 BRIDGE AVE. • ALBERT LEA, MN 56007
507-373-1481

**EMMONS**
201 MAIN ST. • EMMONS, MN 56029
507-297-5461

**ALDEN**
195 N. BROADWAY • ALDEN, MN 56009
507-874-3363

MEMBER **FDIC**

| ACCOUNT NUMBER |
| --- |
| XXXXXX1136 |

| STATEMENT DATE |
| --- |
| May 31, 2024 |

STRATEGIC PORK SOLUTIONS LLC
STEVEN L HARGIS JR Auth signer
126 S BROADWAY
WELLS MN 56097

******* Account Analysis Report ****** kh  Pg   1 of  1

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |

Activity  05/01/2024 Thru 05/31/2024    31 Days in Cycle

```
Average Ledger Balance                        126.27-
Less: Uncollected Funds              -          0.00
Average Collected Balance                     126.27-
Less: Reserves (  0.0000%)           -          0.00
Investable Balance                            126.27-

Earn Credit Allowance(  0.0000%)(    126.27- @  0.0000%)        0.00
```

| Transaction Type | Vol/Units | Per | Unit Cost | Total | Inv Bal Req |
| --- | --- | --- | --- | --- | --- |
| Check | 3.00 | 1 | 0.0000 | 0.00 | 0 |
| Total Costs |  |  |  | 0.00 |  |

```
Analysis Charge Calculated This Period                         0.00
Analysis Credit Calculated This Period                         0.00

Total Analysis Charge Debited To Account XXXXXX1136            0.00

    Investable Balance Needed to Avoid Charge                  0.00
```

BEAR GRAPHICS, INC.

**Security Bank Minnesota**

| | |
|---|---|
| STRATEGIC PORK SOLUTIONS LLC | **ACCOUNT NUMBER** |
| STEVEN L HARGIS JR, Auth signer | XXXXXX1136 |
| 126 S BROADWAY | |
| WELLS MN 56097 | |

**ALBERT LEA**
437 BRIDGE AVE. • ALBERT LEA, MN 56007
507-373-1481

**EMMONS**
201 MAIN ST. • EMMONS, MN 56029
507-297-5461

**ALDEN**
195 N. BROADWAY • ALDEN, MN 56009
507-874-3363

MEMBER
**FDIC**

**STATEMENT DATE**
Jun 30, 2024

Pg    1 of    2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|------|-------------|-----------|-----------|--------|---------|

```
*********************************************************************
```

Proud to serve the local community for 117 years.  We thank you, our
valued customers for your continued business.

PRIVACY NOTICE...Federal law requires us to tell you about how we collect,
 share and protect your personal information. Our policy has not changed,
and you may review our policy and practices with respect to your personal
information at www.securitybankmn.com
```
*********************************************************************
```

Commercial Chkg
06/01/2024 Beginning Balance                                    21.42-
          1 Deposits/Other Credits        +            3,959.86
          9 Checks/Other Debits           -            4,024.86
06/30/2024 Ending Balance      30 Days in Statement Period      86.42-
-------------------------------------------------------------------

---------------------- Deposits/Other Credits ---------------------
06/18/2024 Non Check Return                            3,959.86
  Ret-R01 Insufficient Funds

------------------------------ Other Debits -----------------------
06/17/2024 ACH Payment       NEUBAUER OIL CO INVOICE   3,959.86
06/18/2024 Return Item Charge                             30.00
  Item(s) Presented 06/17/2024
06/20/2024 Overdraft Charge                                5.00
  Continuous Negative Balance Fee
06/21/2024 Overdraft Charge                                5.00
  Continuous Negative Balance Fee
06/24/2024 Overdraft Charge                                5.00
  Continuous Negative Balance Fee
06/25/2024 Overdraft Charge                                5.00
  Continuous Negative Balance Fee
06/26/2024 Overdraft Charge                                5.00
  Continuous Negative Balance Fee
06/27/2024 Overdraft Charge                                5.00
  Continuous Negative Balance Fee
06/28/2024 Overdraft Charge                                5.00
  Continuous Negative Balance Fee

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $    35.00 | $    85.00 |
| Total Returned Item Fees | $    30.00 | $   210.00 |

BEAR GRAPHICS, INC.

STRATEGIC PORK SOLUTIONS LLC
STEVEN L HARGIS JR Auth signer
126 S BROADWAY
WELLS MN 56097

**Security Bank**
**Minnesota**

**ALBERT LEA**
437 BRIDGE AVE. • ALBERT LEA, MN 56007
507-373-1481

**EMMONS**
201 MAIN ST. • EMMONS, MN 56029
507-297-5461

**ALDEN**
195 N. BROADWAY • ALDEN, MN 56009
507-874-3363

MEMBER
**FDIC**

| ACCOUNT NUMBER |
|---|
| XXXXXX1136 |

| STATEMENT DATE |
|---|
| Jun 30, 2024 |

******** Account Analysis Report ***** kh  Pg   1 of   1

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
|---|---|---|---|---|---|

Activity  06/01/2024 Thru 06/30/2024    30 Days in Cycle

| | | |
|---|---|---|
| Average Ledger Balance | | 174.08- |
| Less: Uncollected Funds | - | 0.00 |
| Average Collected Balance | | 174.08- |
| Less: Reserves (  0.0000%) | - | 0.00 |
| Investable Balance | | 174.08- |

Earn Credit Allowance(  0.0000%)(    174.08-  @  0.0000%)        0.00

| Transaction Type | Vol/Units | Per | Unit Cost | Total Inv Bal Req |
|---|---|---|---|---|
| ------------------------------------------------------------------- | | | | |
| Total Costs | | | | 0.00 |

Analysis Charge Calculated This Period                              0.00
Analysis Credit Calculated This Period                             0.00

Total Analysis Charge Debited To Account XXXXXX1136                0.00

     Investable Balance Needed to Avoid Charge                     0.00

BEAR GRAPHICS, INC.

STRATEGIC PORK SOLUTIONS LLC



**Security Bank**
**Minnesota**

**ALBERT LEA**
437 BRIDGE AVE. • ALBERT LEA, MN 56007
507-373-1481
•
**EMMONS**
201 MAIN ST. • EMMONS, MN 56029
507-297-5461
•
**ALDEN**
195 N. BROADWAY • ALDEN, MN 56009
507-874-3363

MEMBER
**FDIC**

| ACCOUNT NUMBER |
| --- |
| XXXXXX1136 |

| STATEMENT DATE |
| --- |
| Jun 30, 2024 |

Pg    2 of    2

| DATE | DESCRIPTION | REFERENCE | CHECK NO. | AMOUNT | BALANCE |
| --- | --- | --- | --- | --- | --- |
| ----------------------- | -------------------- Daily Ending Balance ----------------------- | | | | |
| 06/01 | 21.42- | 06/21 | 61.42- | 06/26 | 76.42- |
| 06/17 | 3,981.28- | 06/24 | 66.42- | 06/27 | 81.42- |
| 06/18 | 51.42- | 06/25 | 71.42- | 06/28 | 86.42- |
| 06/20 | 56.42- | | | | |

BEAR GRAPHICS, INC.