**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Strategic Pork Solutions, LLC,

    Debtor.                                                         Chapter 11
Case Number 24-31355

_____

**NOTICE OF TELEPHONIC STATUS CONFERENCE**

PLEASE TAKE NOTICE that a status conference is scheduled for **August 14, 2024, at 10:30 a.m.** and will be held before the Honorable Chief Judge Katherine A. Constantine, Diana E. Murphy United States Courthouse, Courtroom 8W, 300 South Fourth Street, Minneapolis, Minnesota. Please contact the Courtroom Deputy for telephonic instructions.

Dated:  August 14, 2024

                                                    Tricia Pepin
                                                    Clerk, United States Bankruptcy Court

                                                    By:Linda
                                                    Deputy Clerk