UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:                                                                                               Bankruptcy No. 24-31355

Strategic Pork Solutions LLC,

      Debtor.

---

**ORDER AUTHORIZING SALE**

---

This matter came before the court for hearing on the Debtor-in-Possession's Motion for Order Authorizing Sale of Land in Faribault County, Minnesota, filed by Strategic Pork Solutions LLC, the Chapter 11 Debtor-in-Possession of the above-referenced bankruptcy estate (the "Debtor") seeking to sell the following real estate in Faribault County, Minnesota (the "Property") [Doc 21]:

**FARIBAULT COUNTY, MINNESOTA**

2. Parcel No. 19.015.0201

That part of the Southeast Quarter of the Southeast Quarter (SE1/4-SE1/4) of Section Fifteen (15), Township One Hundred Three (103) North, Range Twenty-five (25) West, Faribault County, Minnesota, described as: Beginning at the southeast corner of said Section Fifteen (15); thence South 89 degrees 19 minutes 38 seconds West, (assumed bearing), along the south line of the Southeast Quarter (SE1/4) of said Section Fifteen (15), a distance of 720.00 feet; thence North 00 degrees 07 minutes 50 seconds West, 390.00 feet; thence North 89 degrees 19 minutes 38 seconds East, 520.00 feet; thence South 00 degrees 07 minutes 50 seconds East, 60.00 feet; thence North 89 degrees 19 minutes 38 seconds East, 200.00 feet to a point on a straight line between the southeast corner and the northeast corner of said Section Fifteen (15); thence South 00 degrees 07 minutes 50 seconds East, along said straight line, 330.00 feet to the point of beginning. Said Parcel contains 6.17 acres, subject to an easement for 160th Street purposes over and across the southerly boundary and subject to an easement for 530th Avenue over and across the easterly boundary. ALSO subject to any other easements of record.

Proofed with Document No. 390735; JDS & CY

Appearances are noted on the record.

Based on the record,

6

MN 1002593.1

IT IS ORDERED, ADJUDGED AND DECREED that

1. The Debtor is hereby authorized to sell its interest in the Property to Warren Scott Johnson, free and clear of all liens, claims and encumbrances, and all valid liens, claims and encumbrances, if any, shall attach to the proceeds of the sale, including but not limited to the following:

    a. Security Bank Minnesota Mortgage dated March 30, 2022 and recorded with the Office of the Faribault County Recorder on April 4, 2022, as Document No. 390736.

    b. Mortgage dated May 19, 2023 and recorded with the Office of the Faribault County Recorder on May 30, 2023, as Document No. 394240.

    c. Security Bank Minnesota Mortgage dated October 11, 2023 and recorded with the Office of the Faribault County Recorder on October 20, 2023, as Document No. 395463.

2. The Debtor shall deliver the net proceeds from the sale of the Property to Security Bank Minnesota at the sale closing.

Dated: August 20, 2024

/e/ Katherine A. Constantine
Katherine A. Constantine
United States Bankruptcy Judge