**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Strategic Pork Solutions, LLC.,

          Debtor.

Case No. 24-31355
Chapter 11 Case, Subchapter V

**<u>UNSWORN DECLARATION OF MARY SIELING, SUBCHAPTER V TRUSTEE</u>**

I, Mary Sieling, the subchapter V trustee and movant, declare under penalty of perjury that the following is true and correct according to the best of my knowledge, information and belief:

1. I am the appointed subchapter V trustee in this bankruptcy case.

2. <u>Exhibit B</u> is a true and correct statement of work performed in connection with this bankruptcy case and billed at the hourly rate approved by the court.

3. All fees shown on <u>Exhibit B</u> were incurred in connection with this bankruptcy case and as part of my duties at the subchapter V trustee.

Dated: September 4, 2024      By: <u>*s/ Mary F. Sieling*</u>
                                            Mary F. Sieling, Subchapter V Trustee (#389893)
                                            150 South Fifth Street, Suite 3125
                                            Minneapolis, MN 55402
                                            612-465-0990
                                            mary@mantylaw.com