# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STRATEGIC PORK SOLUTIONS, LLC | ) | Chapter 11 |
| | ) | |
| | ) | Case No. BK  24-31355 |
| Debtor. | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW Patrick Patino with the law firm of Patino Law Office, LLC and hereby enters his appearance in this case for the creditor and party-in-interest, ACP, LLC.  All further notices in this case to the creditor and party-in-interest, ACP, LLC should be directed to Patrick Patino at the email or office address noted below.

Dated this 10th day of September 2024.

        ACP, LLC
        Creditor

By:   */s/ Patrick M. Patino*
       Patrick Patino #0402510
       Patino Law Office, LLC
       6726 Walker St,
       St Louis Park, MN 55426
       (612) 234-7666
       Attorney for Creditor, ACP, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2024, I caused the filing of the foregoing with the Clerk of the United States Bankruptcy Court using the CM/ECF system. The undersigned relies on the CM/ECF system of the United States Bankruptcy Court to provide service to the following: Mary R. Jense, Acting US Trustee, Mary F. Sieling, Chapter 11 Trustee, David C. McLaughlin, Attorney for the Debtor and to all other parties receiving such electronic notice.

*/s/ Kylie Clayton*
Kylie Clayton