LOCAL FORM 3020-2

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Strategic Pork Solutions, LLC

Case No. 24-31366

Debtor(s).

Chapter 11 case

## REPORT OF BALLOT TABULATION

Class 1   Accepting   # 0   $ 0
          Rejecting   # 0   $ 0

          Percent Accepting   0 %   0 %

Class 2   Accepting   # 1   $ 149,827.30
          Rejecting   # 1   $ 17,709.21

          Percent Accepting   50 %   89.5 %

Class 3   Accepting   # 0   $ 0
          Rejecting   # 0   $ 0

          Percent Accepting   0 %   0 %

Class 4   Accepting   # 0   $ 0
          Rejecting   # 0   $ 0

          Percent Accepting   0 %   0 %

We certify under penalty of perjury that we have examined the ballots in this case and the report above is an accurate summary of those ballots to the best of our knowledge, information or belief.

Executed on: 10-15-2024

Signed: _____         Signed: None
Attorney for Debtor(s)                    Attorney for Creditor's Committee