UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>Strategic Pork Solutions LLC,<br><br>Debtor. | Bankruptcy No.: 24-31355<br><br>In Proceeding Under<br>Chapter 11 |

### AFFIDAVIT OF STEVEN HARGIS IN SUPPORT OF CONFIRMATION OF THE CHAPTER 11 PLAN OF REORGANIZATION DATED OCTOBER 23, 2024 [ECF NO. 40]

I, Steven Hargis, after being duly sworn under oath states and alleges as follows:

1. I am the Chief Executive Officer of the Debtor.
2. I presented testimony at the hearing in Minneapolis on October 16, 2024. Nothing in the Modified Plan changes my testimony and it is still true and correct.
3. I am submitting this affidavit in support of the Confirmation of this Plan of Reorganization dated October 23, 2024 [ECF no. 40].

Dated this 18th day of November, 2024.

STRATEGIC PORK SOLUTIONS LLC

_____
Steven Hargis
Its: Chief Executive Officer

[Notary seal: BRAD L. HEGGEN, NOTARY PUBLIC - MINNESOTA, My Comm. Exp. Jan. 31, 2025]

Subscribed and sworn to before me
this 18th day of November, 2024.

_____
Notary Public

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:  BKY #24-31355
Chapter 11

Strategic Pork Solutions LLC,

       Debtor.

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

       The undersigned, being an employee of Fluegel, Anderson, McLaughlin & Brutlag, Chartered declares that on the date indicated below, I served true and correct copies of the following:

- **AFFIDAVIT OF STEVEN HARGIS IN SUPPORT OF CONFIRMATION OF THE CHAPTER 11 PLAN OF REORGANIZATION DATED OCTOBER 23, 2024 [ECF NO. 40]**

upon the entities on attached matrix by first class mail postage prepaid and by first class mail postage prepaid to a domestic or foreign corporation or upon a partnership or other unincorporated association to **the attention of a managing agent, or by certified mail prepaid to an insured depository institution addressed to an officer of the institution** and to any entities who are Filing Users, by automatic e-mail notification pursuant to the Electronic Case Filing System:

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: November 19, 2024                                               /e/ Alyssa Fremont

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-3<br>Case 24-31355<br>District of Minnesota<br>St Paul | SECURITY BANK MINNESOTA<br>437 BRIDGE AVE<br>ALBERT LEA, MN 56007-2954 | Strategic Pork Solutions, LLC<br>126 South Broadway<br>Wells, MN 56097-1628 |
| United States Small Business Administration<br>U. S. Attorney's Office<br>Attn:  Adine S. Momoh<br>600 U.S. Courthouse<br>300 So. 4th Street<br>Minneapolis, MN 55415-1320 | St Paul<br>200 Warren E. Burger Federal Building<br>and U.S. Courthouse<br>316 N Robert St<br>St Paul, MN 55101-1495 | ACP, LLC<br>1750 W 23rd Street<br>Fremont NE 68025-6607 |
| Advanced Livestock<br>PO Box 294 -205 S St. Paul Ave<br>Fulda MN 56131-0294 | Agrisompo of North America<br>7101 82nd Street<br>Lubbock TX 79424-4703 | Agvet Supply, PLLC<br>203 Commerce Drive<br>Webster City IA 50595-2304 |
| BCBSM, Inc.<br>3400 Yankee Drive<br>Eagan, MN 55121-1627 | Blue Cross Blue Shield<br>PO Box 860448 3535 Blue Cross Rd.<br>Minneapolis MN 55486-0448 | Brooke S. Jacobs<br>6701 Westown Parkway, Suite 10<br>Brick Gentry, P.C.<br>West Des Moines IA 50266-7703 |
| Cellco Partnership d/b/a Verizon Wireless, o<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Central Farm Service<br>233 W. Ciro Street<br>Truman MN 56088-2018 | Christina Hargis<br>126 S. Broadway<br>Wells MN 56097-1628 |
| County Line Pork, LLC<br>1350 W Prairie Drive<br>Sycamore IL 60178-3166 | Doug Becker<br>SPS Grower<br>150th Street<br>Easton MN 56025 | Federated Rural Electric Assoc<br>77100 US Hwy 71<br>PO Box 69<br>Jackson, MN 56143-0069 |
| Foley & Mansfield<br>250 Marquette Ave<br>Ste 1200<br>Minneapolis MN 55401-1874 | Hawkins Inc<br>PO Box 860263 -3100 E. Hennepin Ave<br>Minneapolis MN 55486-0263 | Innovative Agricultural Soluti<br>1416 Panoramic Court<br>Ames IA 50010-4188 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Joe Druffel<br>12742 590th Avenue<br>Wells MN 56097-4715 | John Deere Financial, f.s.b<br>c/o Weltman, Weinberg & Reis Co., L.P.A.<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 |
| KH Trucking<br>744 12th Avenue NE<br>Hampton IA 50441-1120 | Kubota Credit Corporation<br>PO Box 9013 -15920 Addison Rd<br>Addison, Texas 75001-9013 | Lager's of Mankato<br>307 Raintree Road<br>Mankato MN 56001-4817 |
| Larry Mohrinkel<br>42631 750th Ave.<br>Saint James MN 56081-4559 | MINNESOTA ENERGY RESOURCES<br>PO BOX 19003<br>GREEN BAY, WI 54307-9003 | Maschka, Reidy, Ries & Andrews<br>151 St. Andrews Court<br>Building 1010<br>Mankato MN 56001-8818 |

| | | |
|---|---|---|
| Michelle Chesebro<br>332 S Michigan, Suite 600<br>Chicago, IL 60604-4318 | Minnesota Enery Resources<br>PO Box 6040-210 Alexandra Way<br>Carol Stream IL 60197-6040 | Patrick Patino<br>6726 Walker St<br>St. Louis Park, MN 55426 |
| Pig Express Inc.<br>40 52nd Way Northeast<br>Fridley MN 55421-1014 | Plunkett's Pest Control Inc.<br>40 NE 52nd Way<br>Fridley MN 55421-1014 | Primo Pork, LLC<br>Eldon McAfee<br>6701 Westown Parkway, Suite 100<br>West Des Moines, IA 50266-7703 |
| Pro Cooperative<br>17 3rd Ave NE<br>Pocahontas, Iowa<br>50574<br>Pocahontas, IA 50574-1614 | Pro-Cooperative<br>PO Box 189-101 North Main St<br>Pocahontas IA 50574-0189 | Small Business Administration<br>409 3rd St., SW<br>Washington DC 20416-0002 |
| State of Minnesota Department of Revenue<br>Minnesota Revenue<br>PO Box 64447 - BKY<br>St. Paul, MN 55164-0447 | Steven Hargis<br>126 S. Broadway<br>Wells MN 56097-1628 | (p)U S  SMALL BUSINESS ADMINISTRATION<br>ATTN BK NOTICES<br>332 S MICHIGAN AVE SUITE 600<br>CHICAGO IL 60604-4318 |
| US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | Verterinary Pharmaceutic<br>2008 North Sunrise Drive<br>Saint Peter MN 56082-5384 | Warren Johnson<br>125th St.<br>Wells MN 56097 |
| David C. McLaughlin<br>Fluegel Anderson McLaughlin & Brutlag<br>129 2nd St NW<br>Ortonville, MN 56278-1408 | Mary Sieling<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402-4221 | Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St<br>Mail Stop 5700<br>St. Paul, MN 55101 |
| Assistant United States Attorney<br>600 United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | | |

(u)ACP, LLC

6
2
18