Please file this report

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Case No. BKY 24-31355

Strategic Pork Solutions, LLC
_____, Chapter 11 Case
Debtor(s)

# REPORT OF BALLOT TABULATION

| Class 1 | Accepting | # 1 | $ 500,000 |
| | Rejecting | # | $ |
| | Percent Accepting | 100 % | 100 % |

| Class 2 | Accepting | # 2 | $ 899,827 |
| | Rejecting | # 1 | $ 17,709.21 |
| | Percent Accepting | 66.6 % | 98 % |

| Class 3 | Accepting | # | $ |
| | Rejecting | # | $ |
| | Percent Accepting | % | % |

| Class 4 | Accepting | # | $ |
| | Rejecting | # | $ |
| | Percent Accepting | % | % |

We certify under penalty of perjury that we have examined the ballots in this case and the report above is an accurate summary of those ballots to the best of our knowledge, information or belief.

Executed on: November 14, 2024

Signed: _____ Signed: none
Attorney for Debtor(s)                Attorney for Creditors' Committee

Clerk's Form 19; 10/15/91; 07/07/97;
Local Form 3020-2; Local Rule 3020-2.