UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:	Case No. 24-31355

Strategic Pork Solutions, LLC,

      Debtor.	Chapter 11, Subchapter V

**ORDER CONFIRMING CONSENSUAL PLAN AND FIXING TIME LIMITS**

The plan filed by Debtor, its proponent, under Subchapter V of Chapter 11 ([Doc 40]) was transmitted to all creditors and other parties in interest. It has now been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U.S.C. § 1191(a) have been satisfied.

**IT IS THEREFORE ORDERED:**

1. CONFIRMATION OF PLAN. The plan filed by the Debtor on October 23, 2024, and dated October 23, 2024, is confirmed.

2. PROFESSIONAL FEES AND OTHER ADMINISTRATIVE EXPENSES. All applications for award of compensation or expenses to a trustee, examiner, attorney or other professional person, and all other requests to order payment of an administrative expense, shall be made by motion under Local Rules 2016-1 or 3002-2, and shall be served and filed within 30 days after the date of this order.

3. OBJECTIONS TO CLAIMS. All objections to proofs of claim shall be made by motion under Local Rule 3007-1, and shall be served and filed within 30 days after the date of this order, or 30 days after the claim was filed, whichever is later. **Notwithstanding the foregoing, an objection to proof of claim 16-1 filed by Larry Mohrinkel must be filed by November 27, 2024.**

4. OTHER PROCEEDINGS. All other motions, applications, or complaints shall be filed within 60 days after the date of this order. Any time limit provided in this order may be extended or waived by the Court for cause after notice and a hearing. Nothing in this order shall preclude any proceeding in another court with jurisdiction and within time limits otherwise applicable.

5. NOTICE OF SUBSTANTIAL CONSUMMATION. The Debtor shall file and serve a *Notice of substantial consummation* as required by 11 U.S.C. § 1183(c)(2).

      6.    MAILING OF NOTICE.  The Clerk shall provide notice of entry of this order and confirmation of the plan to the entities specified in Local Rule 9013-3 and to all creditors and other parties in interest.  The proponent of the plan shall forthwith mail copies of this order as notice thereof to all equity security holders of the Debtor.

      7.    ORDER FOR DISCHARGE. Pursuant to 11 U.S.C. § 1141, and subject to the exception in 11 U.S.C. § 1141(d)(3), the debtor is hereby discharged from any debt that arose before the date of this order to the extent provided under the Bankruptcy Code.

Dated: *November 21, 2024*                                       /e/ Katherine A. Constantine
                                                                               Katherine A. Constantine
                                                                               United States Bankruptcy Judge